**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                             CHAPTER 13 NO.:

**DANNY RAY JONES AND**
**DONNA BOYER ROSA**                                          **21-00249 – JAW**

**TRUSTEE'S RESPONSE TO**
**DEBTORS' MOTION TO MODIFY**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to Debtors' Motion to Modify (DK # 33); and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      That, the Debtors are delinquent $5,891.00 through July 2022.  The Trustee needs time to review the supplemental Schedules "I" and "J" once they are filed, before taking a position on said Motion to Modify.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July 19, 2022

Respectfully submitted,

_____/s/ Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Jennifer A. Curry Calvillo
jennifer@thefollinsfirm.com

Danny Ray Jones
Donna Boyer Rosa
6811 Old Canton Road
Apt. 3503
Ridgeland, MS 39157

Dated: July 19, 2022

_____/s/ Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR.