**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPPI**

IN RE:                                                     CHAPTER 13 NO:
**DANNY RAY JONES**                          **21-00249-JAW**
**DONNA BOYER ROSA**

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above referenced Debtor(s) have made

all plan payments required to complete the confirmed Chapter 13 plan, filed in the

above styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **1ST day** of **April, 2026.**

*/s/ Harold J Barkley, Jr.*
Harold J. Barkley, Jr.
Chapter 13 Trustee
P. O. Box 4476
Jackson, Ms.  39296-4476
Tel: 601-362-6161
Fax: 601-362-8826