**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Danny Ray Jones**                                    **Case No. 21-00249-JAW**
**Donna Boyer Rosa, Debtors**                              **Chapter 13**

<u>**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**</u>

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  **/s/ Danny Ray Jones**        **04/02/2026**
Danny Ray Jones        Date

**/s/ Donna Boyer Rosa**        **04/02/2026**
Donna Boyer Rosa        Date

**/s/ Thomas C. Rollins, Jr.**        **04/02/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469    Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

## CERTIFICATE OF SERVICE

On April 3, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr**.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DANNY RAY JONES
DONNA BOYER ROSA

CASE NO: 21-00249-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DANNY RAY JONES
DONNA BOYER ROSA

CASE NO: 21-00249-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/3/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/3/2026

Victoria Blake
Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00249-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 2 14-51-31 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE
US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ATT UVERSE
PO BOX 5014
CAROL STREAM  IL 60197-5014

ARBORS AT THE RESERVOI
959 LAKE HARBOR DR
RIDGELAND  MS 39157-1062

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE AUTO FINAN
3905 N DALLAS PKWY
PLANO  TX 75093-7892

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA CO
AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA  GA 30082-5244

COMENITY BANK
HSN
PO BOX 659707
SAN ANTONIO  TX 78265-9707

COMENITY BANK
PO BOX 183044
COLUMBUS  OH 43218-3044

COMENITY BANKZALES
PO BOX 182120
COLUMBUS  OH 43218-2120

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

GULFCO OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

HOME DEPOT CREDIT SCVS
PO BOX 6653000
DALLAS  TX 75265-3000

IC SYSTEM  INC
PO BOX 64378
SAINT PAUL  MN 55164-0378

EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MRS BPO  LLC
1930 OLNEY AVE
CHERRY HILL  NJ 08003-2016

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDNIGHT VELVET
1112 7TH AVE
MONROE  WI 53566-1364

MONTGOMERY WARD
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

EXCLUDE

(P)NATIONAL CREDIT SYSTEMS
ATTN BANKRUPTCY
PO BOX 672288
MARIETTA GA 30006-0039

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND  WA  98083-0788

REGIONS BANK
P O BOX 10063
BIRMINGHAM  AL 35202-0063

REGIONS BANKCARD
2050 PARKWAY OFFICE CI
BIRMINGHAM  AL 35244-1805

ST DOMINIC HOSPITAL
PO BOX 24056
JACKSON  MS 39225-4056

SUNRISE CREDIT SERVICE
260 AIRPORT PLAZA
BOX 9168
FARMINGDALE  NY 11735-3946

SYNCBHSN
PO BOX 965017
ORLANDO  FL 32896-5017

SYNCBWALMART
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKQVC
PO BOX 965005
ORLANDO  FL 32896-5005

SYNCHRONY BANKSHOPNBC
PO BOX 965005
ORLANDO  FL 32896-5005

SYNERGETIC COMMUNICATI
5450 NW CENTRAL
STE 220
HOUSTON  TX 77092-2061

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOYOTA FINANCIAL SERVI
PO BOX 9490
CEDAR RAPIDS  IA 52409-9490

EXCLUDE

TOYOTA MOTOR CREDIT CORPORATION
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

EXCLUDE

DANNY RAY JONES
104 PINE GROVE DR
FLORENCE  MS 39073-7916

DONNA BOYER ROSA
104 PINE GROVE DR
FLORENCE  MS 39073-7916

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

~~EXCLUDE~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

~~EXCLUDE~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~