United States Bankruptcy Court

Southern District of Mississippi

In re:

DANNY RAY JONES

Donna Boyer Rosa

    Debtors

Case No. 21-00249-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | DANNY RAY JONES, Donna Boyer Rosa, 104 Pine Grove Dr., Florence, MS 39073-7916 |
| 4974478 | + | Arbors at the Reservoi, 959 Lake Harbor Dr, Ridgeland, MS 39157-1062 |
| 4974489 | | Home Depot Credit Scvs, PO Box 6653000, Dallas, TX 75265-3000 |
| 4974497 | | St Dominic Hospital, PO Box 24056, Jackson, MS 39225-4056 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 30 2026 23:42:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4974479 | + | EDI: ATTWIREBK.COM | Apr 30 2026 23:42:00 | AT&T UVerse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 4974480 | + | EDI: CAPITALONE.COM | Apr 30 2026 23:42:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4974481 | + | EDI: CAPONEAUTO.COM | Apr 30 2026 23:42:00 | Capital One Auto Finan, 3905 N. Dallas Pkwy, Plano, TX 75093-7892 |
| 4983414 | + | EDI: AISACG.COM | Apr 30 2026 23:42:00 | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 4976861 | + | EDI: AIS.COM | Apr 30 2026 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4985121 | + | EDI: AIS.COM | Apr 30 2026 23:42:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4995005 | | EDI: CITICORP | Apr 30 2026 23:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4974482 | + | EDI: COMCASTCBLCENT | Apr 30 2026 23:42:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 4974483 | | EDI: WFNNB.COM | Apr 30 2026 23:42:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 4974484 | | EDI: WFNNB.COM | Apr 30 2026 23:42:00 | Comenity Bank, HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 4974485 | + | EDI: WFNNB.COM | Apr 30 2026 23:42:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |

District/off: 0538-3      User: mssbad      Page 2 of 4

Date Rcvd: Apr 30, 2026      Form ID: 3180W      Total Noticed: 47

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4974486 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2026 19:52:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4974488 | | Email/Text: BNSFS@capitalsvcs.com | Apr 30 2026 19:47:00 | First Savings Bank, 500 E 60th St, Sioux Falls, SD 57104 |
| 4974487 | + | EDI: AMINFOFP.COM | Apr 30 2026 23:42:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4993773 | + | Email/Text: bankruptcy@towerloan.com | Apr 30 2026 19:47:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4974490 | + | EDI: LCIICSYSTEM | Apr 30 2026 23:42:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5394828 | | EDI: JEFFERSONCAP.COM | Apr 30 2026 23:42:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 4985508 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2026 19:52:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4978650 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 30 2026 19:52:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4974493 | ^ | MEBN | Apr 30 2026 19:43:14 | MRS BPO, Llc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4974491 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 30 2026 19:52:45 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4974492 | + | EDI: CBS7AVE | Apr 30 2026 23:42:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4979378 | + | EDI: CBS7AVE | Apr 30 2026 23:42:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4974494 | | Email/Text: bankruptcy@nationalcreditsystems.com | Apr 30 2026 19:47:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 4974495 | | EDI: PRA.COM | Apr 30 2026 23:42:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4989842 | | EDI: PRA.COM | Apr 30 2026 23:42:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4992064 | + | EDI: JEFFERSONCAP.COM | Apr 30 2026 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4993748 | | EDI: Q3G.COM | Apr 30 2026 23:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4991903 | | EDI: Q3G.COM | Apr 30 2026 23:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4981813 | + | Email/Text: newbk@Regions.com | Apr 30 2026 19:48:00 | Regions Bank, P. O. Box 10063, Birmingham, AL 35202-0063 |
| 4974496 | + | Email/Text: newbk@Regions.com | Apr 30 2026 19:48:00 | Regions Bankcard, 2050 Parkway Office Ci, Birmingham, AL 35244-1805 |
| 4974498 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 30 2026 19:47:00 | Sunrise Credit Service, 260 Airport Plaza, Box 9168, Farmingdale, NY 11735-3946 |
| 4974499 | + | EDI: SYNC | Apr 30 2026 23:42:00 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 4974500 | + | EDI: CAPITALONE.COM | Apr 30 2026 23:42:00 | Syncb/walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4989941 | + | EDI: PRA.COM | Apr 30 2026 23:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 4974501 | + EDI: SYNC | | Apr 30 2026 23:42:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 4974502 | + EDI: SYNC | | Apr 30 2026 23:42:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 4974503 | ^ MEBN | | Apr 30 2026 19:43:21 | Synergetic Communicati, 5450 NW Central, Ste 220, Houston, TX 77092-2061 |
| 4974504 | Email/Text: bankruptcy@towerloan.com | | Apr 30 2026 19:47:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4974505 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Apr 30 2026 19:47:00 | Toyota Financial Servi, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 4987166 | Email/PDF: bncnotices@becket-lee.com | | Apr 30 2026 19:52:41 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4974506 | + Email/Text: Bankruptcies@umc.edu | | Apr 30 2026 19:48:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Donna Boyer Rosa jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DANNY RAY JONES jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180W | Total Noticed: 47 |

Thomas Carl Rollins, Jr

on behalf of Debtor DANNY RAY JONES trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Donna Boyer Rosa trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8

---

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DANNY RAY JONES** | Social Security number or ITIN | **xxx–xx–6751** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Donna Boyer Rosa** | Social Security number or ITIN | **xxx–xx–4242** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–00249–JAW**

---

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**DANNY RAY JONES**
aka Danny R Jones

**Donna Boyer Rosa**

Dated: 4/30/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2